In the Matter of the Petition of MARY G. PINCKNEY to vacate an assessment.

(Argued January 18, 1881; decided February 8, 1881.)

*John C. Shaw* for appellant.

*A. J. Vanderpoel* for respondent.

Agree to affirm without opinion.
All concur, except RAPALLO, J., absent.
Order affirmed.